## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Magistrate No.: 8:08MJ145 |
| ) | |
| v. ) | |
| ) | |
| **JUSTIN AARON NORMAN,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED** the Motion for Dismissal (Filing No. 3) in the above-captioned case be granted as requested.

DATED this 30th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge